UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated*,

                Plaintiff,

        v.

GLOBALROSE.COM, LLC,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

20-CV-10000 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on November 29, 2020. Dkt. 1. Plaintiff served process on Defendant on January 14, 2021. Dkt. 6. Accordingly, Defendant's answer was due no later than February 4, 2021. *Id.* On February 15, Defendant filed a motion for an extension of time to file an answer. Dkt. 7. The Court granted the motion, directing Defendant to file its answer no later than March 15, 2021. Dkt. 8. To date, Defendant has not done so. Accordingly, if Plaintiff intends to move for a default judgment against Defendant, he shall do so no later than May 21, 2021 in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf).

SO ORDERED.

Dated:    April 16, 2021
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge